IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

| | | |
|---|---|---|
| KENNETH LAMBERT, Independent Administrator on behalf of the Estate of JOHN LAMBERT, | ) ) ) | |
| | ) | No. 08 C 3613 |
| Plaintiff, | ) | |
| vs. | ) | Judge Leinenweber |
| | ) | |
| DAVID JAMISON, et al., | ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF MOTION</u>**

To: See Attached Certificate of Service

PLEASE TAKE NOTICE that on June 3, 2009 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Harry D. Leinenweber, or any other judge sitting in his stead, in room 1741 at 219 South Dearborn Street, Chicago Illinois, and then and there present the Agreed Motion to Extend Discovery, a copy of which is attached hereto and hereby served upon you.

Dated: May 19, 2010                                Respectfully submitted,
                                                                 Kenneth Lambert, Independent
                                                                 Administrator on behalf of the Estate
                                                                 of John Lambert


                                                                 By: _s/ James L. Allegretti_
                                                                        One of the Plaintiffs Attorneys


James L. Allegretti
Allegretti & Associates
617 Devon Avenue
Park Ridge, IL 60068
847-825-8080
847-825-7746 Fax

## **CERTIFICATE OF SERVICE**

I, James L. Allegretti, an attorney, hereby certify that a copy of the attached Notice of Motion has been served upon:

    John J. Rock
    321 North Clark Street
    Suite 2200
    Chicago, IL 60654
    312-494-1001

By electronically filing same with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division on Thursday May 20, 2010.

                                                  s/ *James L. Allegretti*
                                                    James L. Allegretti